**Petition for Reinstatement from Inactive Status.**

**No. 126 DB 2003.**

Supreme Court of Pennsylvania.

Dec. 29, 2003.

ORDER

PER CURIAM.

AND NOW, this 29th day of December, 2003, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated December 3, 2003, are approved and IT IS ORDERED that HARRY S. FLAKKER, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation

and processing of the Petition for Reinstatement shall be paid by the Petitioner.

**In the Matter of A. Claudia JOHNSON.**

**Petition for Reinstatement.**

**No. 862 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Dec. 29, 2003.

ORDER

PER CURIAM:

AND NOW, this 29th day of December, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated October 20, 2003, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.